UNITED STATES DISTRICT COURT
WESTERN  DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Ortrie D. Smith

UNITED STATES OF AMERICA                    Case No: 11-00126-01-CR-W-ODS
vs.                                          Date: 12/14/2011
THOMAS L. BARRETT                            Defendant No: 01
          Plaintiff Counsel                             Defendant Counsel

       Mike Green                                      Larry Pace

       Time Commenced: 1;30 p.m.                    Time Terminated: 1:55 p.m.
----------------------------------------------------------------------------------------------------------
_____ Interpreter Sworn.
_____ Evidence:
_____ Witness:
__X__ There are NO objections to the P.S.I. OR the Guideline Range.
_____ There are unresolved issues regarding the P.S.I. and the Guideline Range to be discussed
       with the Court:


Total Offense Level: 12 Criminal History Category: VI  Imprisonment Range: 30 to 37 months
Special Assessment: $100.00   Supervised Release Range: 1 to 3 years
Fine Range: $3,000.00 to $30,000.00
Restitution:    OR Not Applicable: X


The Defendant is sentenced to Count(s): 1 Indictment .
_____  Motion is filed by the U.S. Government for Downward Departure.
_____ The Court grants said motion.
_____ Other Motions:   .
__X__ Defense counsel statement.   Government statement. Defendant statement.
       .
INCARCERATION:
__X__The Court hereby orders the defendant to serve the following term of incarceration with
the FBP: 37 months on count 1
_____ The imposed sentence shall run CONSECUTIVELY/CONCURRENTLY .
_____ Defendant is hereby remanded to the custody of U.S. Marshal.
_____ Defendant is allowed to surrender on  by 2:00 p.m

PROBATION:
_____  The Court hereby orders the defendant to serve the following term of Probation.

SUPERVISED RELEASE:
__X__ The Court hereby orders the defendant to the following term of Supervised Release:
          3 years on count 1.
Court Reporter: Cynthia Johnson                Eva Will-Fees, Courtroom Deputy



SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION: see J&C

FINE:
\_\_\_\_\_ The Court imposes the following fine:
\_\_X\_\_ Fine Waived.
\_\_\_\_\_ Count(s) fine applicable to:_____.

RESTITUTION:
\_\_\_\_\_ The Court imposes the following Restitution:
\_\_X\_\_ Not Applicable.
\_\_\_\_\_ Waived.

SPECIAL ASSESSMENT:
\_\_X\_\_ The Court imposes the following Special Assessment: $100.00

RECOMMENDATIONS:
\_\_X\_\_ The Court makes the following recommendations to the FBP:     Upon application, the defendant be allowed to participate in the 500 Hour Intensive Substance Abuse Program. The defendant be afforded the opportunity to participate in vocational training, and be designated a close to the Kansas City area as possible.
\_\_\_\_\_ The Court Denies the Defendant Federal Benefits for a term of _____ pursuant to _____.

\_\_\_\_\_ Upon oral Motion of the U.S. Govt. the following Counts are dismissed:

\_\_X\_\_  The Court advises the Defendant he/she has 14 days to appeal.